**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN PATRICK FORWARD,<br>Plaintiff,<br><br>v.<br><br>DYLAN CLAY KNIGHT, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:26-cv-02975-JLS |

**ORDER**

**AND NOW**, this 15th day of September 2026, upon consideration of Knight and Western Express's partial motion to dismiss, to strike, and for a more definitive statement, Dkt. No. 9, **IT IS HEREBY ORDERED** as follows:

1. The motion is **GRANTED** in part and **DENIED** as moot in part as follows:
   a. Forward's claim for punitive damages is **DISMISSED** without prejudice;
   b. Forward's negligent entrustment claim (Count 2) is **DISMISSED** without prejudice;
   c. Forward's negligent hiring, training, and supervision claim (Count 3) is **DISMISSED** without prejudice;
   d. The motion to strike is **GRANTED**;
   e. The motion for a more definitive statement is **GRANTED** as to paragraph 27; and
   f. The motion for a more definitive statement is **DENIED** as moot as to paragraph 38, 52, 52.m, and 52.n because those claims have been dismissed without prejudice.
2. Forward shall have until **Friday, October 9, 2026**, to amend his complaint according to this Order and the accompanying Memorandum.
3. If Forward fails to amend his complaint, the case will proceed only on count one of the complaint and "*inter alia*" will be stricken from paragraph 27.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**